Date: 08/27/09  DIVIDENDS REMITTED TO THE COURT  Page:

*[handwritten: 148933 CHK# 114]*

Case Number 09-10305 - BROZIC, MICHELLE

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Drs Hill & Thomas** <br> **P.O. Box 643026** <br> **Cincinnati, OH 45264** <br> (14-1) 433967  654273 | 000014 | 14.04 | 1.35 |
| ---------- Remittance Total --------------- | | 14.04 | 1.35 |

*[signature]*

MARVIN A. SICHERMAN, Trustee